ELLVEEAY NEWSPAPER WORKERS' BUILDING AND LOAN ASSOCIATION, RESPONDENT, v. WAGNER MARKET COMPANY, APPELLANT.

Argued October 20, 1933—Decided January 5, 1934.

For the appellant, *W. Howard Demarest.*

For the respondent, *Braelow & Tepper.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, LLOYD, CASE, BODINE, DONGES, HEHER, VAN BUS-KIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.